IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40301
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN RODRIGUEZ NARVAEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-97-CR-98-1
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Juan Rodriguez Narvaez appeals his sentence following his guilty plea to possession of more than 50 kilograms of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). He contends that the district court erred in denying a three-level reduction for acceptance of responsibility, pursuant to U.S.S.G. § 3E1.1. The court denied the reduction because Narvaez absconded soon after he entered his plea and was not arrested until several months later. The court did not err in concluding

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that this conduct was of the sort that warranted an enhancement for obstruction of justice under U.S.S.G. § 3C1.1 and that the acceptance-of-responsibility reduction was thus inappropriate. See § 3E1.1, comment. (n.4); United States v. Gonzales, 19 F.3d 982, 983 (5th Cir. 1994); United States v. Tremelling, 43 F.3d 148, 152 (5th Cir. 1995).

AFFIRMED.